UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SABRINA GIBSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:23cv813 |
| COL. GREGORY S. BEAULIEU, USAF, et al., | ) ) ) |
| Defendants. | ) ) |

**MOTION OF DEFENDANT HESS TO SEVER STATE CLAIMS AND ALL NON-FEDERAL DEFENDANTS OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE LATE ANSWER BY DEFENDANTS JOHN HESS, STEVE DREW AND JEREMIAH HAIRSTON**

NOW COME Defendant John Hess, by counsel, and Defendants Steve Drew and Jeremiah Hairston, by counsel, and jointly move this Court to sever all Defendants other than Col. Gregory S. Beaulieu (USAF, ret.) and all claims asserted against those Defendants under Virginia state law, and remand those claims against those Defendants to the Circuit Court of the City of Richmond, Virginia, pursuant to 28 U.S.C. § 1441(c)(2). Alternatively, in the event this Honorable Court denies his Motion, the moving Defendants seek leave to file an Answer and other defenses within twenty-one (21) days of this Court deciding this Motion. In support of his Motion, the moving Defendant adopts and incorporates by reference the Motion to Sever and Remand [ECF No. 12] and Memorandum in Support [ECF No. 13] filed by Defendants Drew and Hairston. In further support, the moving Defendant respectfully refers this Court to his own Memorandum of Points and Authorities submitted herewith.

Respectfully submitted,

JOHN HESS

1

By: \_\_\_\_/s/ W. Hunter Old\_\_
Of Counsel

W. Hunter Old (VSB #43076)
HEATH, OLD & VERSER, PLC
11832 Rock Landing Drive, Suite 201
Newport News, VA 23606
(757) 599-0734 (telephone)
(757) 599-0735 (facsimile)
hold@hovplc.com
*Counsel for Defendant John Hess*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing pleading will be served by the CM/ECF electronic filing system upon counsel for Colonel Gregory S. Beaulieu, and counsel for Defendants Drew and Hairston, and by first-class mail, postage prepaid and e-mail to:

      Sabrina Gibson
      *Pro Se* Plaintiff
      32 Carmine Place
      Hampton, Virginia 23666
      Pablob981@yahoo.com

          \_\_\_\_\_/s/ W. Hunter Old_____
               W. Hunter Old