UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SABRINA GIBSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:23cv813 |
| COL. GREGORY S. BEAULIEU, USAF, et al., | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SEVER STATE CLAIMS AND ALL NON-FEDERAL DEFENDANTS OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE LATE ANSWER BY DEFENDANT JOHN HESS**

This matter originated in the Circuit Court for the City of Richmond, Virginia. It involves a *pro se* Plaintiff who has made wild and diverse claims involving a massive conspiracy and other nefarious conduct among a host of Defendants who bear no outward or obvious connection. Among those Defendants is John Hess, a retired officer from the United States Air Force who is mentioned only twice in the Complaint by name, and who has no specific conduct attributed to him, as well as Defendants Steve Drew, the Chief of Police of the City of Newport News, and Jeremiah Hairston, a retired member of the Newport News Police Department (jointly, the "Moving Defendants").

Based on the lack of specific allegations against them, the Moving Defendants timely filed a Demurrer in state court. Similar to a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, a Demurrer assumes the facts stated in the Complaint are true for the purposes of the Motion, but argues that such facts do not state a cognizable claim. See Va. Code § 8.01-273 (Michie's 1950, as amended). Under Rule 3:8 of the Rules of the Virginia

Supreme Court, a demurrer is a responsive pleadings. Va. R. Sup. Ct. 3:8 (2023). However, because the Demurrer argues the allegations do not amount to a cognizable claim, the Moving Defendants have not yet answered the allegations stated against him in the Complaint.

In violation of 28 U.S.C. § 1446(d), neither the Moving Defendants nor their counsel of record in the state action were provided notice of removal of the state action, by any party or by the Clerk of Court for the Circuit Court of the City of Richmond. A hearing on a motion to transfer venue was scheduled for Tuesday, November 12, 2023. On the eve of Monday, November 11, 2023, counsel for the City Attorney's Office for the City of Newport News, which represents Drew and Hairston, discovered the Notice of Removal and advised Hess's counsel that the matter had been removed and the November 12th hearing cancelled. The phone call was the first notice that Hess or his counsel received of the removal. Upon information and belief, the Plaintiff first learned of the removal action by appearing on November 12th for the hearing in state court.

The Complaint in this matter alleges three claims arising under Virginia state law against various defendants: Stalking (Va. Code § 8.01-42.3); Infliction of Emotional Distress; and Civil Harassment (Va. Code § 8.01-42.1). Defendant Col. Gregory S. Beaulieu (USAF ret.) removed the case pursuant to 28 U.S.C. § 1442(a)(1), arguing the claims against Col. Beaulieu meet the requirements for removal.

None of the other defendants fall under ambit of 28 U.S.C. § 1442, or qualify for diversity jurisdiction, and none of the claims assert a federal question. Therefore, Col. Beaulieu is the only defendant over whom this Court arguably has original jurisdiction. Because it is a mix

of state law claims and defendants over which this Court would not have jurisdiction but for the removal by Col. Beaulieu, the removal of this case is governed by 28 U.S.C. § 1441(c).[1]

As Defendants were not given an opportunity to consent or join in the removal request, and object to the removal of the claims against them and the other defendants, they now seek to have all claims and all Defendants other than Col. Beaulieu severed and remanded to the Circuit Court of the City of Richmond.

For additional support of his Motion to Sever and Remand, Defendant Hess hereby adopts and incorporates by reference the points and authorities in the Memorandum in Support of Motion to Sever and Remand by Defendants Steve Drew and Jeremiah Hairston [ECF Nos. 11 and 12], and seeks the same relief sought therein.

WHEREFORE, having stated his reasons for remanding all Defendants other than Col. Beaulieu and all claims asserted against them under state law, Defendants hereby move this Court for an Order:

(1) finding that remand is warranted under the circumstances of this matter, as to all claims asserted against all Defendants other than Colonel Gregory S. Beaulieu (USAF ret.), pursuant to 28 U.S.C. § 1441(c)(2);

---

[1] 28 U.S.C. § 1441(c) provides:
    (1) If a civil action includes –
        (a) A claim arising under the Constitution, laws, or treaties of the United States (within the meaning of section 1331 of this title), and
        (b) A claim not within the original or supplemental jurisdiction of the district court or a claim that has been made nonremovable by statute,
    the entire action may be removed if the action would be removable without the inclusion of the claim described in subparagraph (B).
    (2) Upon removal of an action described in paragraph (1), the district court shall sever from the action all claims described in paragraph (1)(B) and shall remand the severed claims to the State court from which the action was removed. Only the defendants against whom a claim described in paragraph (1)(A) has been asserted are required to join in or consent to the removal under paragraph (1).

(2) ordering that this matter be remanded to the Circuit Court of the City of Richmond as to those Defendants and state law claims;

(3) in the alternative, granting Defendants twenty-one (21) days to file an Answer and other defenses to the Complaint; and

(4) awarding such other and additional relief as this Court deems just and meet.

Respectfully submitted,

JOHN HESS

By: _____/s/ W. Hunter Old__
Of Counsel


W. Hunter Old (VSB #43076)
HEATH, OLD & VERSER, PLC
11832 Rock Landing Drive, Suite 201
Newport News, VA 23606
(757) 599-0734 (telephone)
(757) 599-0735 (facsimile)
hold@hovplc.com
*Counsel for Defendant John Hess*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading will be served by the CM/ECF electronic filing system upon counsel for Colonel Gregory S. Beaulieu, and by first-class mail, postage prepaid and e-mail to:

Sabrina Gibson
*Pro Se* Plaintiff
32 Carmine Place
Hampton, Virginia 23666
Pablob981@yahoo.com


_____/s/ W. Hunter Old_____
W. Hunter Old